**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID W. MURPHY, AND ) | Case No: 18-21773-GLT |
| BAMBI L. MURPHY, ) | |
|     Debtor. ) | Chapter 13 |
| ) | |
| DAVID W. MURPHY, AND ) | Related to Document No.: 37 |
| BAMBI L. MURPHY, ) | |
|     Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| BENEFICIAL/HFC AND HSBC ) | |
| FINANCE CORPORATION, ) | |
| ) | |
|     Respondent. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**CERTIFICATE OF SERVICE OF ORDER TERMINATING LOSS MITIGATION**

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on October 22, 2018. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**David W. Murphy**
**Bambi L. Murphy**
707 Ferne Drive
Kittanning, PA 16201

**Beneficial/HFC**
**P.O. Box 5263**
Carol Stream, IL 60197

**Kathryn Madison, CEO**
**HSBC Finance Corporation**
1421 W. Shure Drive, Suite 100
Arlington Heights, Illinois 60004

**HSBC**
**Attn: CML Customer Resolution Department**
1421 W. Shure Drive, Suite 100
Arlington Heights, Illinois 60004

LMP FORM 1 (09/12)

**Beneficial Mortgage Co. of PA**
**c/o Beneficial Consumer Discount Company**
**Kendall D. Kelley, President**
26525 N. Riverwoods Blvd.
Mettawa, IL 60045-3438

**HSBC**
**P.O. Box 1013**
Arlington Heights, IL 60006

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

Executed on: October 22, 2018

 /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com