IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| DAVID W. MURPHY ) | Bankruptcy No. 18-21773-GLT |
| BAMBI L. MURPHY, ) | |
|    **Debtor(s**) ) | Chapter 13 |
| ) | |
| ACAR LEASING LTD d/b/a ) | |
| GM FINANCIAL LEASING, ) | Document No. 45 and 46 |
|    **Movant** ) | |
| ) | |
| v. ) | **Response Deadline:  12/12/19** |
| DAVID W. MURPHY ) | |
| BAMBI L. MURPHY ) | **Hearing Date:  1/15/20 at 10:00 AM** |
|   GLENN H. TOY, ) | |
|    **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
|    Trustee | |

**CERTIFICATE OF SERVICE**

   I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on November 25, 2019 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Stay filed in this proceeding on:

| | | |
|---|---|---|
| David and Bambi Murphy | Glenn Toy | Dai Rosenblum |
| 707 Ferne Drive | 707 Ferne Drive | 254 New Castle Road Suite B |
| Kittanning, PA 16201 | Kittanning, PA 16201 | Butler, PA 16001-2529 |
| (Debtors) | (Co- Debtor) | (Attorney For Debtors) |

| | |
|---|---|
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (Trustee) | (U.S. Trustee) |

  I certify under penalty of perjury that the foregoing is true and correct.

                                                /s/ William E. Craig
                                                William E. Craig, Esquire
                                                PA ID # 92329
                                                Morton & Craig LLC
                                                110 Marter Avenue, Suite 301
                                                Moorestown, NJ 08057
                                                (856) 866-0100
                                                bcraig@mortoncraig.com