# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID W. MURPHY, AND ) | Case No: 18-21773-GLT |
| DEBTOR #1, XXX-XX-4723 ) | |
| ) | Chapter 13 |
| BAMBI L. MURPHY, ) | |
| DEBTOR #2, XXX-XX-6003 ) | |
| ) | Related to Doc. #57, #58 |
| Debtors. ) | |
| ) | Hearing Date: 09/09/2021 |
| DAVID W. MURPHY, AND ) | |
| BAMBI L. MURPHY, ) | Hearing Time: 9:30 AM |
| Movants, ) | |
| ) | Response Deadline: 08/26/2021 |
| v. ) | |
| ) | |
| ACAR LEASING LTD, AT & T, BARCLAYS ) | |
| BANK CARD, BENEFICIAL/HFS, CAPITAL ) | |
| ONE BANK, CAPITAL ONE BANK (USA), ) | |
| N.A., CAPITAL ONE, N.A., CLIENT ) | |
| SERVICES, INC., CREDIT CONTROL LLC, ) | |
| CREDIT ONE BANK, DEPARTMENT ) | |
| STORES NATIONAL BANK, CITIBANK, N.A., ) | |
| DEPARTMENT STORES NATIONAL ) | |
| BANK, QUANTUM3 GROUP LLC, FIFTH ) | |
| THIRD BANK, GLEN TOY, GM FINANCIAL, ) | |
| GM FINANCIAL LEASING, HAYT, HAYT ) | |
| & LANDAU, LLC, HSBC, HSBC ) | |
| MORTGAGE SERVICES, JOSHUA ) | |
| MCNAMARA, ESQ., HAYT, HAYT, & ) | |
| LANDAU LLC, LVNV FUNDING, LVNV ) | |
| FUNDING, LLC, MACY'S, MIDFIRST ) | |
| BANK, MIDLAND CREDIT MANAGEMENT, ) | |
| INC., MIDLAND FUNDING LLC, ) | |
| MIDLAND MORTGAGE, NORTHSTAR ) | |
| LOCATION SERVICES, NORTHSTAR ) | |
| LOCATION SERVICES LLC, ONE MAIN ) | |
| FINANCIAL, ONEMAIN, PORTFOLIO ) | |
| RECOVERY ASSOCIATES LLC, ) | |
| PRESSLER & PRESSLER LLP, ) | |
| QUANTUM3 GROUP LLC AS AGENT ) | |
| FOR COMENITY BANK, QUANTUM3 ) | |
| GROUP LLC AS AGENT FOR MOMA ) | |
| FUNDING LLC, SEVENTH AVENUE, ) | |
| CREDITORS BANKRUPTCY SERVICE, ) | |
| SYNCHRONY BANK/DICKS SPORTING ) | |
| GOODS, SYNCHRONY BANK/WALMART, ) | |
| VICTORIA'S SECRET, VW CREDIT, INC., ) | |
| VW CREDIT LEASING, LTD, ) | |
| AND RONDA J. WINNECOUR, Trustee. ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN, AMENDED CHAPTER 13 PLAN, AND ORDER SETTING HEARING**

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on July 29, 2021. The type(s) of service made on

the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

       If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

David W. Murphy
Bambi L. Murphy
707 Ferne Drive
Kittanning, PA 16201

ACAR Leasing LTD d/b/a GM Financial Leasing
4000 Embarcadero Dr.
Arlington, TX 76014

ACAR Leasing LTD
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

AT & T
10550 Deerwood Park Blvd
Jacksonville, FL 32256

Barclays Bank Card
P.O. Box 23870
Jacksonville, FL 32241-3870

Barclays Bank Card
P.O. Box 8801
Wilmington, DE 19899-8801

Beneficial/hfs
PO Box 5263
Carol Stream, IL 60197

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
PO Box 71083
Charlotte, NC 28272-1083

Client Services, Inc.
3451 Harry Truman Bl
Saint Charles, MO 63301-4047

Credit Control LLC
PO Box 31179
Tampa, FL 33631

Credit One Bank
PO Box 98878
Las Vegas, NV 89193-8878

Department Stores National Bank
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Fifth Third Bank
c/o Bankruptcy Dept. Mdropso5
1850 East Paris
Grand Rapids, MI 49546

Glen Toy
505 North Crescent St
Kittanning, PA 16201

GM Financial
P.O. Box 78143
Phoenix, AZ 85062-8143

Hayt, Hayt & Landau, LLC
Two Industrial Way West
Eatontown, NJ 07724-0500

HSBC
CML Customer Resolution Department
1421 W. Shure Drive, Suite 100
Arlington Heights, IL 60004

HSBC Mortgage Services
P.O. Box 17580
Baltimore, MD 21297-1580

Joshua McNamara, Esq.
Hayt, Hayt, & Landau LLC
Merdian Center I
2 Industrial Way West
Eatontown, NJ 07724

LVNV Funding
P.O. Box 1269
Greenville, SC 29603

LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Macy's
P.O. Box 31179
San Antonio, TX 78265-9728

MidFirst Bank
999 NW Grand Blvd
Oklahoma City, OK 73118

Midland Credit Management, Inc.
PO Box 60578
Los Angeles, CA 90060-0578

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090

Midland Mortgage
P.O. Box 269074
Oklahoma City, OK 73126-9074

Northstar Location Services LLC
Attn: Financial Services Dept.
4285 Genesse St.
Buffalo, NY 14225-1943

One Main Financial
Bankruptcy Department
725 Industrial Boulevard
London, KY 40741

OneMain
P.O. Box 3251
Evansville, IN 47731-3251

Peoples Gas Company LLC, f/k/a Peoples TWP LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233

Portfolio Recovery Associates LLC
PO BOx 12914
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Pressler & Pressler LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

Synchrony Bank/Dicks Sporting Goods
P.O. Box 965004
Orlando, FL 32896-5004

Synchrony Bank/Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

Victoria's Secret
PO Box 659728
San Antonio, TX 78265-9728

VW Credit  
P.O. Box 5215  
Carol Stream, IL 60197-5215

VW Credit Leasing, Ltd  
c/o VW Credit, Inc.  
PO Box 9013  
Addison, Texas 75001

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**  
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**  
ustpregion03.pi.ecf@usdoj.gov

**William E. Craig**  
**ACAR Leasing LTD**  
ecfmail@mortoncraig.com

**Maria T. Capiral**  
**Department Store National Bank**  
bk.mail@quantum3group.com

**Brian Nicholas**  
**MidFirst Bank**  
bnicholas@kmllawgroup.com

**S. James Wallace**  
**Peoples Gas Company LLC**  
ecfpeoples@grblaw.com

Executed on: July 29, 2021

___/s/_Dai_Rosenblum,_Esq.___  
Dai Rosenblum, Esquire  
Suite B, 254 New Castle Road  
Butler, PA 16001-2529  
724-283-2900     Pa. ID# 31802  
dai@dairosenblumbankruptcy.com