**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID W. MURPHY, AND ) | Case No: 18-21773-GLT |
| BAMBI L. MURPHY, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| DAVID W. MURPHY, AND ) | Related to Document No.: 65, 66 |
| BAMBI L. MURPHY, ) | |
| ) | Hearing Date: 09/22/2021 |
|     Movants, ) | |
| ) | Hearing Time: 10:00 AM |
| v. ) | |
| ) | Response Deadline: 08/30/2021 |
| FIFTH THIRD BANCORP, ) | |
| ) | |
|     Respondent. ) | |

**CERTIFICATE OF SERVICE OF MOTION FOR APPROVAL OF NONSTANDARD PROVISION AND NOTICE SETTING HEARING**

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on August 11, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**David W. Murphy**
**Bambi L. Murphy**
707 Ferne Drive
Kittanning, PA 16201

**Fifth Third Bank**
c/o Bankruptcy Dept. Mdropso5
1850 East Paris
Grand Rapids, MI 49546

**Fifth Third Bancorp**
**Attn: Legal/Bankruptcy Dept.**
38 Fountain Square Plaza
Cincinnati Ohio 45263

**Gregory D. Carmichael, CEO**
**Fifth Third Bancorp**
38 Fountain Square Plaza
Cincinnati Ohio 45263

**Timothy N. Spence, President**
**Fifth Third Bancorp**
38 Fountain Square Plaza
Cincinnati Ohio 45263

**Susan B. Zaunbrecher**
**Chief Legal Officer**
**Fifth Third Bancorp**
38 Fountain Square Plaza
Cincinnati Ohio 45263

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Brian Nicholas**
**MidFirst Bank**
bnicholas@kmllawgroup.com

**Maria T. Capiral**
**Department Store National Bank**
bk.mail@quantum3group.com

**William E. Craig**
**ACAR Leasing LTD**
ecfmail@mortoncraig.com

**S. James Wallace**
**Peoples Natural Gas Company LLC**
ecfpeoples@grblaw.com

Executed on: August 11, 2021

\_\_/s/\_Dai\_Rosenblum,\_Esq.\_\_\_
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com