**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID W. MURPHY, AND ) | Case No: 18-21773-GLT |
| BAMBI L. MURPHY, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| DAVID W. MURPHY, AND ) | Related to Document No.: 65 |
| BAMBI L. MURPHY, ) | |
| ) | Hearing Date: 09/22/2021 |
|     Movants, ) | |
| ) | Hearing Time: 10:00 AM |
|     v. ) | |
| ) | Response Deadline: 08/30/2021 |
| FIFTH THIRD BANK, and ) | |
| FIFTH THIRD BANCORP, ) | |
|     Respondents. ) | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF NON-STANDARD PROVISION INCLUDED IN THE PROPOSED AMENDED CHAPTER 13 PLAN DATED JULY 26, 2021**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Non-Standard Provision Included in the Proposed Amended Chapter 13 Plan dated July 26, 2021("Motion") filed on August 11, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Claim appears thereon. Pursuant to the Notice of Hearing, objections to the Objection to Claim were to be filed and served no later than August 30, 2021.

It is hereby respectfully requested that the Order attached to the Objection to Claim be entered by the Court.

August 31, 2021

                                                         /s/ Dai Rosenblum
                                                         Dai Rosenblum, for the Debtors
                                                         254 New Castle Road, Suite B
                                                         Butler, PA  16001-2529
                                                         (724) 283-2900 PA ID No. 31802
                                                         dai@dairosenblumbankruptcy.com