FILED
9/14/21 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** DAVID W & BAMBI L MURPHY
- **Case Number:** 18-21773-GLT   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 09, 2021 09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#57 - Amended Plan Dated 7/26/2021 (FC)
R / M #: 57 / 0

### Appearances:

Rosenblum

- Debtor:
- Trustee: Winnecour / Warmbrodt / Katz / **DeSimone** (circled)
- Creditor:

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **10-14-21** at **10:00**.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

*Continue for counsel to review calc. May need amended plan*

8/30/2021  10:53:16AM