# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
10/18/21 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

**Debtor:** DAVID W & BAMBI L MURPHY
**Case Number:** 18-21773-GLT   **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 14, 2021 10:00 AM 3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#57 - Continued Confirmation of Plan Dated 7/26/2021 (FC)
R / M #: 57 / 0

### *Appearances:*

Rosenblum

Debtor:
Trustee: Winnecour / **Warmbrodt** / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by __11/1/21__.
   Objections are due on or before __11/22/21__
   A hearing on the Amended Plan is set for __12/16/21__ at __10:30__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/6/2021   9:59:35AM