Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David W Murphy** | : | Case No. 18−21773−GLT |
| **Bambi L Murphy** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 98 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/20/23 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 27th of June, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 98 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1) **On or before August 11, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2) This Motion is scheduled for hearing on *September 20, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David W Murphy  
Bambi L Murphy  
    Debtors

Case No. 18-21773-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W Murphy, Bambi L Murphy, 707 Ferne Drive, Kittanning, PA 16201-2311 |
| 14825972 | + | AT & T, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14825974 | | Barclays Bank Card, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14825981 | + | Glen Toy, 505 North Crescent St, Kittanning, PA 16201-2213 |
| 14825984 | + | HSBC, CML Customer Resolution Department, 1421 W. Shure Drive, Suite 100, Arlington Heights, IL 60004-7818 |
| 14825983 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14825986 | + | Joshua McNamara, Esq., Hayt, Hayt, & Landau LLC, Merdian Center I, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 14825988 | | Macy's, P.O. Box 31179, San Antonio, TX 78265-9728 |
| 14825990 | | Midland Mortgage, P.O. Box 269074, Oklahoma City, OK 73126-9074 |
| 14825993 | + | One Main Financial, Bankruptcy Department, 725 Industrial Boulevard, London, KY 40741-7288 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 28 2023 00:52:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14884921 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14825973 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | Barclays Bank Card, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14825975 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 28 2023 00:51:00 | Beneficial/hfs, PO Box 5263, Carol Stream, IL 60197-5263 |
| 14825976 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:07:23 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14825978 | | Email/Text: correspondence@credit-control.com | Jun 28 2023 00:52:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631 |
| 14849298 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14857600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:14 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14825977 | + | Email/Text: mediamanagers@clientservices.com | Jun 28 2023 00:51:00 | Client Services, Inc., 3451 Harry Truman Bl, Saint |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14825979 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2023 01:19:26 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14860543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:06:53 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14983445 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14825980 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 28 2023 00:53:00 | Fifth Third Bank, c/o Bankruptcy Dept. Mdropso5, 1850 East Paris, Grand Rapids, MI 49546-6210 |
| 14825982 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 14825985 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 28 2023 00:51:00 | HSBC Mortgage Services, P.O. Box 17580, Baltimore, MD 21297-1580 |
| 14825987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:07:21 | LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14878555 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:55 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868142 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14878218 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 28 2023 01:45:28 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14825989 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 14825991 | ^ | MEBN | Jun 28 2023 00:51:43 | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 14825992 | ^ | MEBN | Jun 28 2023 00:51:44 | Northstar Location Services LLC, Attn: Financial Services Dept., 4285 Genesse St., Buffalo, NY 14225-1943 |
| 14855935 | | Email/PDF: cbp@onemainfinancial.com | Jun 28 2023 01:07:02 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14825994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:45:37 | Portfolio Recovery Associates LLC, PO BOx 12914, Norfolk, VA 23541 |
| 14826802 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:06:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14825995 | | Email/Text: signed.order@pfwattorneys.com | Jun 28 2023 00:52:00 | Pressler & Pressler LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14868766 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14875676 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14863251 | + | Email/Text: bankruptcy@sccompanies.com | Jun 28 2023 00:53:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14825996 | | Email/Text: bankruptcy@sccompanies.com | Jun 28 2023 00:53:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14825997 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:07:02 | Synchrony Bank/Dicks Sporting Goods, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14825998 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:11 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |

Charles, MO 63301-9816

Case 18-21773-GLT    Doc 100    Filed 06/29/23    Entered 06/30/23 00:31:08    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 47 |

| 14826000 | | Email/Text: VWBKNotices@nationalbankruptcy.com | | |
|---|---|---|---|---|
| | | | Jun 28 2023 00:52:00 | VW Credit, P.O. Box 5215, Carol Stream, IL 60197-5215 |
| 14856303 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | | |
| | | | Jun 28 2023 00:52:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14825999 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 28 2023 00:52:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878673 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Dai Rosenblum | |
| | on behalf of Debtor David W Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | |
| | on behalf of Joint Debtor Bambi L Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Maria T. Capiral | |
| | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| William E. Craig | |
| | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com |

District/off: 0315-2     User: auto     Page 4 of 4
Date Rcvd: Jun 27, 2023     Form ID: 604     Total Noticed: 47

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8