**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID W MURPHY<br>BAMBI L MURPHY<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-21773<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/03/2018 and confirmed on 6/14/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 94,243.65 |
| Less Refunds to Debtor | 1,525.21 | |
| TOTAL AMOUNT OF PLAN FUND | | 92,718.44 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 4,326.55 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,326.55 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BENEFICIAL MORTGAGE/CDC* (RE)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9801 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 46,511.20 | 0.00 | 46,511.20 |
|     Acct: 9828 | | | | |
|   BENEFICIAL MORTGAGE/CDC* (RE)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9801 | | | | |
|   MIDFIRST BANK SSB* | 2,715.03 | 2,715.03 | 0.00 | 2,715.03 |
|     Acct: 9828 | | | | |
|   ONE MAIN FINANCIAL OF PA INC - SERVIC | 3,853.05 | 3,853.05 | 779.27 | 4,632.32 |
|     Acct: 3195 | | | | |
| | | | | 53,858.55 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID W MURPHY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID W MURPHY | 1,525.21 | 1,525.21 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 7,172.10 | 7,172.10 | 0.00 | 7,172.10 |
|     Acct: 8171 | | | | |
|   VW CREDIT LEASING LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7213 | | | | |
| | | | | 7,172.10 |
| **Unsecured** | | | | |
|   FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0213 | | | | |
|   ATT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2858 | | | | |
| | BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5867 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 4,080.22 | 3,769.88 | 0.00 | 3,769.88 |
| | Acct: 5457 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,966.28 | 2,740.66 | 0.00 | 2,740.66 |
| | Acct: 3424 | | | | |
| | MIDLAND FUNDING LLC | 603.51 | 557.61 | 0.00 | 557.61 |
| | Acct: 6626 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 2,015.49 | 1,862.19 | 0.00 | 1,862.19 |
| | Acct: 6774 | | | | |
| | MIDLAND FUNDING LLC | 860.35 | 794.91 | 0.00 | 794.91 |
| | Acct: 2853 | | | | |
| | MIDLAND FUNDING LLC | 2,310.34 | 2,134.62 | 0.00 | 2,134.62 |
| | Acct: 9341 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 580.29 | 536.15 | 0.00 | 536.15 |
| | Acct: 2633 | | | | |
| | SEVENTH AVENUE | 6,638.40 | 6,133.48 | 0.00 | 6,133.48 |
| | Acct: 5570 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FL | 932.80 | 861.85 | 0.00 | 861.85 |
| | Acct: 7224 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 867.83 | 801.82 | 0.00 | 801.82 |
| | Acct: 6803 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FL | 624.31 | 576.82 | 0.00 | 576.82 |
| | Acct: 4480 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 2,804.56 | 2,591.25 | 0.00 | 2,591.25 |
| | Acct: 0153 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2633 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4480 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HSBC MORTGAGE SVCS (RE)*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GLEN TOY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6920 | | | | |
| | CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8486 | | | | |
| | HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 01NQ | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTHSTAR LOCATION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2858 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6803 | | | | |
| | PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 23,361.24 |

TOTAL PAID TO CREDITORS                                                                                                84,391.89

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 7,172.10 |
| SECURED | 6,568.08 |
| UNSECURED | 25,284.38 |

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID W MURPHY
BAMBI L MURPHY
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-21773

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21773-GLT |
| David W Murphy | Chapter 13 |
| Bambi L Murphy | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Jun 27, 2023  Form ID: pdf900  Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W Murphy, Bambi L Murphy, 707 Ferne Drive, Kittanning, PA 16201-2311 |
| 14825972 | + | AT & T, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14825974 | | Barclays Bank Card, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14825981 | + | Glen Toy, 505 North Crescent St, Kittanning, PA 16201-2213 |
| 14825984 | + | HSBC, CML Customer Resolution Department, 1421 W. Shure Drive, Suite 100, Arlington Heights, IL 60004-7818 |
| 14825983 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14825986 | + | Joshua McNamara, Esq., Hayt, Hayt, & Landau LLC, Merdian Center I, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 14825988 | | Macy's, P.O. Box 31179, San Antonio, TX 78265-9728 |
| 14825990 | | Midland Mortgage, P.O. Box 269074, Oklahoma City, OK 73126-9074 |
| 14825993 | + | One Main Financial, Bankruptcy Department, 725 Industrial Boulevard, London, KY 40741-7288 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 28 2023 00:52:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14884921 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14825973 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | Barclays Bank Card, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14825975 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 28 2023 00:51:00 | Beneficial/hfs, PO Box 5263, Carol Stream, IL 60197-5263 |
| 14825976 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:07:27 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14825978 | | Email/Text: correspondence@credit-control.com | Jun 28 2023 00:52:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631 |
| 14849298 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:07:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14857600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:07:09 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14825977 | + | Email/Text: mediamanagers@clientservices.com | Jun 28 2023 00:51:00 | Client Services, Inc., 3451 Harry Truman Bl, Saint |

Case 18-21773-GLT   Doc 101   Filed 06/29/23   Entered 06/30/23 00:31:08   Desc
                    Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Charles, MO 63301-9816 |
| 14825979 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2023 01:07:02 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14860543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:06:47 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14983445 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14825980 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 28 2023 00:53:00 | Fifth Third Bank, c/o Bankruptcy Dept. Mdropso5, 1850 East Paris, Grand Rapids, MI 49546-6210 |
| 14825982 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 14825985 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 28 2023 00:51:00 | HSBC Mortgage Services, P.O. Box 17580, Baltimore, MD 21297-1580 |
| 14825987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:45 | LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14878555 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:19:13 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868142 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14878218 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 28 2023 01:07:08 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14825989 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 14825991 | ^ | MEBN | Jun 28 2023 00:51:45 | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 14825992 | ^ | MEBN | Jun 28 2023 00:51:46 | Northstar Location Services LLC, Attn: Financial Services Dept., 4285 Genesse St., Buffalo, NY 14225-1943 |
| 14855935 | | Email/PDF: cbp@onemainfinancial.com | Jun 28 2023 01:19:24 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14825994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:45:41 | Portfolio Recovery Associates LLC, PO BOx 12914, Norfolk, VA 23541 |
| 14826802 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:07:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14825995 | | Email/Text: signed.order@pfwattorneys.com | Jun 28 2023 00:52:00 | Pressler & Pressler LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14868766 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14875676 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14863251 | + | Email/Text: bankruptcy@sccompanies.com | Jun 28 2023 00:53:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14825996 | | Email/Text: bankruptcy@sccompanies.com | Jun 28 2023 00:53:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14825997 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:23 | Synchrony Bank/Dicks Sporting Goods, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14825998 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:06:43 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| 14826000 | | Email/Text: VWBKNotices@nationalbankruptcy.com | | |
|---|---|---|---|---|
| | | | Jun 28 2023 00:52:00 | VW Credit, P.O. Box 5215, Carol Stream, IL 60197-5215 |
| 14856303 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | | |
| | | | Jun 28 2023 00:52:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14825999 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 28 2023 00:52:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878673 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor David W Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Joint Debtor Bambi L Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Jun 27, 2023 Form ID: pdf900 Total Noticed: 47

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8