| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | David W Murphy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4723<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Bambi L Murphy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6003<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–21773–GLT | | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David W Murphy                                        Bambi L Murphy

<u>8/14/23</u>                                                        **By the court:** <u>Gregory L Taddonio</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21773-GLT |
| David W Murphy | Chapter 13 |
| Bambi L Murphy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W Murphy, Bambi L Murphy, 707 Ferne Drive, Kittanning, PA 16201-2311 |
| 14825972 | + | AT & T, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14825974 | | Barclays Bank Card, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14825981 | + | Glen Toy, 505 North Crescent St, Kittanning, PA 16201-2213 |
| 14825984 | + | HSBC, CML Customer Resolution Department, 1421 W. Shure Drive, Suite 100, Arlington Heights, IL 60004-7818 |
| 14825983 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14825986 | + | Joshua McNamara, Esq., Hayt, Hayt, & Landau LLC, Merdian Center I, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 14825988 | | Macy's, P.O. Box 31179, San Antonio, TX 78265-9728 |
| 14825990 | | Midland Mortgage, P.O. Box 269074, Oklahoma City, OK 73126-9074 |
| 14825993 | + | One Main Financial, Bankruptcy Department, 725 Industrial Boulevard, London, KY 40741-7288 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Aug 15 2023 03:27:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: Q3G.COM | Aug 15 2023 03:27:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | | Email/Text: ebnpeoples@grblaw.com | Aug 14 2023 23:44:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14884921 | + | EDI: PHINAMERI.COM | Aug 15 2023 03:27:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14825973 | | EDI: TSYS2 | Aug 15 2023 03:27:00 | Barclays Bank Card, P.O. Box 8801, Wilmington, DE 19899-8801 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14825975 | + | EDI: HFC.COM | Aug 15 2023 03:27:00 | Beneficial/hfs, PO Box 5263, Carol Stream, IL 60197-5263 |
| 14825976 | | EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14825978 | | Email/Text: correspondence@credit-control.com | Aug 14 2023 23:45:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631 |
| 14849298 | | EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14857600 | | EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14825977 | + | Email/Text: mediamanagers@clientservices.com | Aug 14 2023 23:44:00 | Client Services, Inc., 3451 Harry Truman Bl, Saint Charles, MO 63301-9816 |
| 14825979 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2023 00:02:48 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14860543 | + | EDI: CITICORP.COM | Aug 15 2023 03:27:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14983445 | | EDI: Q3G.COM | Aug 15 2023 03:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14825980 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 14 2023 23:46:00 | Fifth Third Bank, c/o Bankruptcy Dept. Mdropso5, 1850 East Paris, Grand Rapids, MI 49546-6210 |
| 14825982 | | EDI: PHINAMERI.COM | Aug 15 2023 03:27:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 14825985 | | EDI: HFC.COM | Aug 15 2023 03:27:00 | HSBC Mortgage Services, P.O. Box 17580, Baltimore, MD 21297-1580 |
| 14825987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:40:31 | LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14878555 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:39:31 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868142 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:46:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14878218 | + | EDI: AISMIDFIRST | Aug 15 2023 03:27:00 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14825989 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:46:00 | Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 14825991 | ^ | MEBN | Aug 14 2023 23:31:09 | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 14825992 | ^ | MEBN | Aug 14 2023 23:31:10 | Northstar Location Services LLC, Attn: Financial Services Dept., 4285 Genesse St., Buffalo, NY 14225-1943 |
| 14855935 | | EDI: AGFINANCE.COM | Aug 15 2023 03:27:00 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14825994 | | EDI: PRA.COM | Aug 15 2023 03:27:00 | Portfolio Recovery Associates LLC, PO BOx 12914, Norfolk, VA 23541 |
| 14826802 | + | EDI: RECOVERYCORP.COM | Aug 15 2023 03:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14825995 | | Email/Text: signed.order@pfwattorneys.com | Aug 14 2023 23:44:00 | Pressler & Pressler LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14868766 | | EDI: Q3G.COM | Aug 15 2023 03:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14875676 | | EDI: Q3G.COM | Aug 15 2023 03:27:00 | 98083-0788 Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14863251 | + | EDI: CBS7AVE | Aug 15 2023 03:27:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14825996 | | EDI: CBS7AVE | Aug 15 2023 03:27:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14825997 | | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Synchrony Bank/Dicks Sporting Goods, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14825998 | | EDI: RMSC.COM | Aug 15 2023 03:27:00 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14826000 | | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 14 2023 23:44:00 | VW Credit, P.O. Box 5215, Carol Stream, IL 60197-5215 |
| 14856303 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 14 2023 23:44:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14825999 | | EDI: WFNNB.COM | Aug 15 2023 03:27:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878673 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2023              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor David W Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |

| | |
|---|---|
| District/off: 0315-2 | Page 4 of 4 |
| Date Rcvd: Aug 14, 2023 | Total Noticed: 49 |
| User: auto | |
| Form ID: 3180W | |

| | |
|---|---|
| Dai Rosenblum | on behalf of Joint Debtor Bambi L Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8