FILED
8/14/23 12:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID W MURPHY
BAMBI L MURPHY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-21773

Chapter 13

Related to Dkt. No. 98

ORDER OF COURT

AND NOW, this 14th day of August, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_GREGORY TADDONIO_    jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21773-GLT |
| David W Murphy | Chapter 13 |
| Bambi L Murphy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W Murphy, Bambi L Murphy, 707 Ferne Drive, Kittanning, PA 16201-2311 |
| 14825972 | + | AT & T, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14825974 | | Barclays Bank Card, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14825981 | + | Glen Toy, 505 North Crescent St, Kittanning, PA 16201-2213 |
| 14825984 | + | HSBC, CML Customer Resolution Department, 1421 W. Shure Drive, Suite 100, Arlington Heights, IL 60004-7818 |
| 14825983 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14825986 | + | Joshua McNamara, Esq., Hayt, Hayt, & Landau LLC, Merdian Center I, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 14825988 | | Macy's, P.O. Box 31179, San Antonio, TX 78265-9728 |
| 14825990 | | Midland Mortgage, P.O. Box 269074, Oklahoma City, OK 73126-9074 |
| 14825993 | + | One Main Financial, Bankruptcy Department, 725 Industrial Boulevard, London, KY 40741-7288 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 14 2023 23:45:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2023 23:45:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 14 2023 23:44:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14884921 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 14 2023 23:45:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14825973 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2023 23:45:00 | Barclays Bank Card, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14825975 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 14 2023 23:44:00 | Beneficial/hfs, PO Box 5263, Carol Stream, IL 60197-5263 |
| 14825976 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2023 00:40:00 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14825978 | | Email/Text: correspondence@credit-control.com | Aug 14 2023 23:45:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631 |
| 14849298 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 23:39:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14857600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 23:39:11 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14825977 | + | Email/Text: mediamanagers@clientservices.com | Aug 14 2023 23:44:00 | Client Services, Inc., 3451 Harry Truman Bl, Saint |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Charles, MO 63301-9816 |
| 14825979 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2023 00:40:06 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14860543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2023 23:50:55 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14983445 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2023 23:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14825980 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 14 2023 23:46:00 | Fifth Third Bank, c/o Bankruptcy Dept. Mdropso5, 1850 East Paris, Grand Rapids, MI 49546-6210 |
| 14825982 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 14 2023 23:45:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 14825985 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 14 2023 23:44:00 | HSBC Mortgage Services, P.O. Box 17580, Baltimore, MD 21297-1580 |
| 14825987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:50:52 | LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14878555 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:51:27 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868142 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:46:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14878218 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 14 2023 23:39:06 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14825989 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2023 23:46:00 | Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 14825991 | ^ | MEBN | Aug 14 2023 23:31:13 | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 14825992 | ^ | MEBN | Aug 14 2023 23:31:15 | Northstar Location Services LLC, Attn: Financial Services Dept., 4285 Genesse St., Buffalo, NY 14225-1943 |
| 14855935 | | Email/PDF: cbp@omf.com | Aug 14 2023 23:51:48 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14825994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2023 23:39:11 | Portfolio Recovery Associates LLC, PO BOx 12914, Norfolk, VA 23541 |
| 14826802 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 14 2023 23:39:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14825995 | | Email/Text: signed.order@pfwattorneys.com | Aug 14 2023 23:44:00 | Pressler & Pressler LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14868766 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2023 23:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14875676 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2023 23:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14863251 | + | Email/Text: bankruptcy@sccompanies.com | Aug 14 2023 23:46:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14825996 | | Email/Text: bankruptcy@sccompanies.com | Aug 14 2023 23:46:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14825997 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:51:48 | Synchrony Bank/Dicks Sporting Goods, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14825998 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:51:30 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |

| | | | | |
|---|---|---|---|---|
| 14826000 | | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 14 2023 23:44:00 | VW Credit, P.O. Box 5215, Carol Stream, IL 60197-5215 |
| 14856303 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 14 2023 23:44:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14825999 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 14 2023 23:45:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878673 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023  Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor David W Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Joint Debtor Bambi L Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| William E. Craig | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 47 |

on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8